**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

-------------------------------------------------------------------X

SHMUEL ELIMELECH BRAUN, *et al.*,

                Plaintiff,                Docket No:

                                   1:15-CV-01136(BAH)
           -against-

THE ISLAMIC REPUBLIC OF IRAN, *et al.*,

                Defendants.

-------------------------------------------------------------------X

## MOTION FOR JUDGMENT ON DEFAULT
## AND TO SCHEDULE AN EVIDENTIARY HEARING

        Plaintiffs respectfully move this Court pursuant to 28 U.S.C. § 1608(e): (1) for entry of a judgment on default as against the defendants (a) The Islamic Republic of Iran ("Iran"), (b) the Ministry of Information and Security ("MOIS") and (c) the Syrian Arab Republic ("Syria") and (2) to schedule an evidentiary hearing at which plaintiffs will present testimony and evidence in support of their claims for relief against these defendants. In support of the motion, plaintiffs respectfully state as follows:

        1.      The Clerk has noted these defendants' defaults (DE 27; 30).

        2.      While entry of default normally establishes a defendant's liability, the FSIA provides that: "No judgment by default shall be entered . . . against a foreign state, a political subdivision thereof, or an agency or instrumentality of a foreign state, unless the claimant establishes his right to relief by evidence satisfactory to the court." FSIA § 1608(e).

        3.      Accordingly, plaintiffs respectfully request that the Court schedule an evidentiary hearing at which plaintiffs will present testimony and evidence in support of their claims for

relief, following which plaintiffs respectfully request that the court enter a judgment on default as against each of the defendants: (a) Iran, (b) MOIS and (c) Syria.

4.    Due to the logistics of travel for many of plaintiffs' witnesses and the Jewish high holidays, which fall during the month of October this year, plaintiffs respectfully request that the hearing not be scheduled between the following dates: September 26, 2016 and October 31, 2016.

5.    In support of their request for a default judgment, plaintiffs intend to present testimony on liability from the following experts: (1) Dr. Patrick Clawson to address Iran's provision of material support to Hamas, (2) Dr. Marius Deeb to address Syria's provision of material support to Hamas, (3) Arieh Spitzen, Israel Defense Forces Colonel (retired) to address Hamas responsibility for the attack, (4) Dr. Matthew Levitt to address Iran's provision of material support to Hamas, and (5) Dr. Benedetta Berti to address Syria's provision of material support to Hamas. The sworn declarations of Dr. Patrick Clawson, Dr. Marius Deeb and Arieh Dan Spitzen summarizing the opinions about which they will testify are attached hereto as Exhibits 1, 2 and 3 respectively. The sworn declarations of Dr. Matthew Levitt and Dr. Benedetta Berti summarizing their opinions are being finalized and will be filed within the next six to eight weeks.

6.    In support of their request for a default judgment, plaintiffs also intend to present testimony from each of the plaintiffs regarding their damages. The following sworn declarations are attached hereto as Exhibits 4-9, respectively:

Exhibit 4 – Declaration of Chana Braun

Exhibit 5 – Declaration of Shmuel Elimelech Braun

Exhibit 6 – Declaration of Esther Braun

Exhibit 7 – Declaration of Murray Braun

Exhibit 8 – Declaration of Sara Halperin

Exhibit 9 – Declaration of Shimshon (Sam) Halperin

7.      In addition, plaintiffs intend to present testimony from: (1) Dr. Alan Friedman, MD as a medical expert concerning plaintiff Shmuel Elimelech Braun's physical damages and (2) Dr. Rael Strous, MD as a psychiatric expert concerning each of plaintiffs' psychological and emotional damages. The sworn declaration of Dr. Alan Friedman is attached hereto as Exhibit 10. The sworn declarations of Dr. Strous for each plaintiff are attached hereto as Exhibits 11-16, respectively.

WHEREFORE, plaintiffs respectfully request that the Court schedule an evidentiary hearing at which plaintiffs will present testimony and evidence in support of their claims for relief, following which plaintiffs respectfully request that the court enter a judgment on default as against each of the defendants – Iran, MOIS and Syria, and grant any other relief the Court finds just and proper.


Dated:   Brooklyn, New York
              May 25, 2016

Respectfully submitted,

THE BERKMAN LAW OFFICE, LLC
*Attorneys for the Plaintiff*

by:   _____
        Robert J. Tolchin

111 Livingston Street, Suite 1928
Brooklyn, New York 11201
718-855-3627

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the date indicated below a true copy of the foregoing was served via ECF on all counsel of record herein:


Dated:     Brooklyn, New York
           May 25, 2016

                                        _____
                                        Robert J. Tolchin