EXHIBIT 2

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

-----------------------------------------------------------x

SHMUEL ELIMELECH BRAUN, *et al*.,

                      Plaintiffs,

                                                 Civ. No. 15-01136 (BAH)

         v.

THE ISLAMIC REPUBLIC OF IRAN, *et al*.,

                      Defendants.

-----------------------------------------------------------x

## DECLARATION OF MARIUS DEEB

I, Marius Deeb, of Potomac, Maryland, this 21st day of May, 2016, declare pursuant to 28 U.S.C. § 1746, as follows, subject to the penalties for perjury:

**A.  Professional Background**

1.      I hold a Ph.D. from Oxford University in Politics and Arab and Islamic Studies and am a leading authority in Middle Eastern politics and history. I hold B.A. and M.A. degrees in political science and international relations from the American University in Beirut. My research focuses on political parties and movements, militant Islam in all its varieties, the Christian communities of the Middle East and Islam and the West. I have extensively studied the relationship between terror groups, such as Hamas and Hezbollah, and the regimes that sponsor and support them, *i.e.*, Iran and Syria.

2.      I am now retired. I previously taught undergraduate and graduate level courses in Political Science and History at: The School of Advanced International Studies of Johns Hopkins University; Indiana University; The American University of Beirut; and Georgetown University.

3.     I have previously been designated and qualified by federal courts as an expert witness on issues relating to Syria and its support for terrorist organizations, including Hamas, including in *Wultz, et al. v. Islamic Republic of Iran, et al*., Case No. 08-1460 (RCL) (D.D.C.) and *Wyatt, et al. v. Syrian Arab Republic, et al.*, Case No. 01-1628 (RU) (D.D.C.).

4.     My publications include: Party Politics in Egypt: The Wafd and Its Rivals, 1919-1939, St. Antony's College Oxford Middle Eastern Monographs, Ithaca Press, 1979; The Lebanese Civil War Praeger Publishers, 1980; Libya since Revolution: Aspects of Social and Political Development (coauthored with Mary-Jane Deeb), Praeger Publishers, 1982; Militant Islamic Movements in Lebanon: Origins, Social Bias and Ideology Georgetown University, 1986; Syria's Terrorist War on Lebanon and the Peace Process, Palgrave Macmillan Publishers, 2003; and Syria, Iran and Hizbollah: The Unholy Alliance and its War on Lebanon, Hoover Institution Press, Stanford University 2013. I have written over 173 articles on the Middle East published in scholarly journals and books. A complete list of my publications is included in my CV, attached hereto as Exhibit A.

5.     Over the last forty years, I have delivered talks and participated in conferences sponsored by academic institutions and government agencies on topics related to Syria and Lebanon and their relationships with terror organizations. I have also testified before Congress about Syria and Lebanon. A list of my lectures can be found in my attached CV.

6.     Over the last forty years, I have appeared in over 1,000 interviews in television, radio and print publications. During that time, I was a frequent commentator on topics related to terrorism in the Middle East on radio and television programs in the United States, United Kingdom and Canada, such as: NBC Nightly News, ABC Nightline, CNN News, INN TV, BBC,

National Public Radio and others. I have been quoted in the Washington Post, the Los Angeles Times, the Christian Science Monitor and the Boston Globe, among other print publications.

7.      I am fluent in Arabic and have traveled extensively in the Middle East, including to Turkey, Jordan and Israel.

**B.   Nature of this Expert Witness Report**

8.      I have been asked by counsel for plaintiffs in the *Braun, et al. v. The Islamic Republic of Iran, et al.* (15-01136) (BAH) to provide my professional opinion as to whether the support Syria provide to Hamas prior to 2012 facilitated and enabled Hamas to carry out terrorist attacks in 2014.

9.      My opinion, as set forth below, is based upon my academic studies, research, teaching positions and publishing over the course of many years as an academic specializing in Middle East history, politics and current affairs with a particular focus on militant Islam. I have obtained information from interviews with political leaders, reviews of documents, periodicals, credible news reports, discussions with reliable journalists, government publications and scholarly works, as well as from my own experience, working, living and traveling in the Middle East.

10.     Moreover, in preparing this opinion, I have examined the complaint in the above referenced case.

**C.   The Early Years: 1987-2000**

11.     Hamas, an acronym for Harakat al-Muqawamah al-Islamiyya (Islamic Resistsance Movement) was formed by Sheikh Ahmed Yassin in Gaza in 1987 from the Palestinian Muslim Brotherhood which historically originated as a branch of the Egyptian Muslim Brotherhood. As reflected in its charter, the goal of Hamas is to liberate all of Palestine

from Israeli occupation and to create an Islamic state in the entire area that is now Israel, the West Bank and Gaza. Hamas seeks to achieve this goal through *jihad* – or armed struggle against Israel. Hamas is considered a terrorist organization by the United States, Israel, the European Union and Canada.

12.     In its early years, the Hamas terrorist organization carried out numerous deadly attacks against Israel using guns, knives and explosives.

13.     In September 1989, Israel outlawed Hamas and arrested its top leaders, including Yassin. Thereafter, many Hamas leaders operated from exile in various locations, primarily in the Middle East. Hamas has had a presence in Syria since at least 1991.

14.     In 1992, some of the Hamas leaders who had been exiled to Southern Lebanon by Israeli Prime Minister Rabin, encountered militants from the Hezbollah terrorist organization. As a result of this encounter, Hamas learned many terrorist techniques from Hezbollah, including that of the suicide bomber, which it has employed against Israel with devastating results.

15.     In the mid-1990's, Hamas's military wing, known as the Izz al-Din al-Qassam Brigades, established an operational headquarters in Damascus, Syria. Hamas military leaders in Syria worked closely with Syrian military intelligence. For many years priors to 2012, Damascus was a center for Hamas's terrorist functions – from strategic planning to command and control. Instructions for terrorist attacks were transmitted directly from Damascus to the terrorist cell that was to carry out the attack. In addition, the Hamas office in Damascus transferred funding directly to its operatives in the West Bank and Gaza. Syria's sponsorship and support for Hamas also enabled Hamas to operate freely in Syrian-controlled Lebanon and to openly recruit Palestinian refugees there and to undergo joint training with Hezbollah.

16.     Consistent with its founding ideology and charter, Hamas vehemently opposed the Oslo agreements signed between the Palestine Liberation Organization ("PLO") and Israel in 1993 and 1995 which created the Palestinian Authority (the "Oslo Accords"). Therefore, Hamas intensified its armed struggle in the wake of the Oslo Accords, carrying out several deadly suicide attacks in the mid-late 1990's, which resulted in death and injury to close to 150 Israelis and others.

17.     Syria was aligned with Hamas in opposing the Oslo Accords. Thus, Syria intensified its support for Hamas, particularly for its engagement in terrorism, with the view that terrorism would help Syria fight the peace process and manipulate its own peace negotiations with Israel. The tactic of terrorism had the dual goal of harming Israel and its citizens and undermining the Palestinian Authority's influence among Palestinians.

18.     Hamas's political leaders joined its military leaders in the organization's Damascus headquarters in 1999 after being expelled from Jordan. From that time until 2011, the Senior Hamas leadership was based in Damascus. Khalid Mash'al, the head of the Hamas political bureau, moved permanently to Damascus in 2003.

19.     The support which Syria provided to Hamas, by giving the organization and its leaders safe haven, allowing it to operate its military headquarters in Damascus and giving it access to other resources such as unrestrained access to funding, weapons, travel, communications, military training, intelligence and strategy proved significant for the terror organization's overall operational infrastructure. Indeed, Hamas's external leadership based in Damascus grew so powerful that it was able to control and direct operational decisions, at times even going against the wishes of Hamas's leaders within Gaza. Furthermore, the resources

5

provided by Syria enabled Hamas to develop into a more sophisticated organization with the ability to carry out large scale attacks designed to achieve maximum carnage.

**D.  The Second Intifada and Beyond: 2000-2012**

20.     The Palestinian Authority launched the Second Intifada in September 2000, after the failure of the Israeli- Palestinian negotiations sponsored by President Clinton at Camp David. But Hamas had played a significant role in bringing the Palestinian Authority to that point by waging a campaign of violent terrorist attacks against Israel in the mid-late 1990's, perfecting its terrorist weapon of the suicide bomber. Hamas terror attacks during the Second Intifada resulted in more than 1,000 Israeli and other citizens being killed and more than 5,000 injured. Syria's support for Hamas, including the safe haven it provided and the unrestrained access to funding, weapons, travel, communications, military training, intelligence and strategy was a factor in the success of Hamas terrorist operations during the Second Intifada.

21.     The Second Intifada came to an end with a cease fire in February 2005. Thereafter, in the summer of 2005, Israeli Prime Minister Ariel Sharon dismantled all of the Israeli settlements in Gaza. But, Hamas continued its terrorist activities against Israel. In the years after the end of the Second Intifada, Hamas decisions at the highest level, concerning both military and political activities were directed from its Damascus headquarters. For example:

    a.  On June 25, 2006, Hamas in Damascus orchestrated the kidnapping of Israeli soldier Gilad Schalit (another terrorist tactic borrowed from Hezbollah which employed a similar tactics during the summer of 2006).

    b.  In June 2007, Hamas in Damascus orchestrated the Hamas takeover of Gaza when it ousted the Palestinian Authority from Gaza.

c.   Hamas in Damascus was behind the provocation which led to the December 2008-January 2009 conflict in Gaza. Throughout the duration of that war, which was conveniently timed close to the forthcoming Israeli elections, all Syrian cell-phones received continuous updates on the war, calling for their support as though it was a surrogate Syrian war! In January 2010, Hamas leader Khalid Mash'al delivered a speech in Beirut in which he stated that it was Syrian support in that 2008-2009 conflict that made it possible for Hamas to win that war.

**E.   2012 to the Present**

22.     In 2012, Hamas had a falling out with the Syrian regime over its support for rebel forces in the Syrian civil war. However, Hamas continues to benefit from the widespread support which it received from Syria prior to 2012.

23.     Syria's extensive support for Hamas over the course of at least twenty years enabled it to transform itself into a leading terrorist group with a solid infrastructure and the power to wreak devastation against Israel and to disrupt the Israel-Palestinian peace process using a variety of tactics – from terrorism to politics. Syria was instrumental in propping up the Hamas leadership during these years and ensuring that it had access both to its own military strategists and to Hezbollah's resources in Lebanon, from which Hamas was able to learn terrorist strategies. The effects of this type of support continued to this day. Indeed, the Hamas organization continues to benefit from the strategies and training it acquired while in Damascus.

24.     On the operational level, Syria provided Hamas with access to weapons, funding and military training. It continues to use these resources in carrying out new terrorist attacks. For example, the kidnapping tactic, which Hamas borrowed from Hezbollah under Syria's guidance and employed in the summer of 2006 with positive results in the form of the release of over

1,000 Palestinian terrorists from Israeli prisons, continues to be a critical weapon for Hamas. A major purpose of the Hamas terror tunnels on the Israel/Gaza border is to bring about another such kidnapping to use as a bargaining tool with Israel. Thus, the tactical know-how which Hamas gained while under Syrian protection is directly responsible for the Hamas terrorist attacks we see today. This is particularly obvious in the example of the Hamas kidnapping of the three teens in June 2014.

### F.  Conclusion

25.    In summary, it is my expert opinion that despite the falling out between Hamas and Syria in 2012, the essential safe haven and support which Syria provided to the organization over the course of many years, solidified Hamas's organizational structure and transformed it into a leading terrorist organization with the sophistication needed to carry out complex terror attacks. As noted, this support took the form of unrestrained access to funding, weapons, travel, communications, military training, intelligence and strategy. The organizations terror operations since 2012, including the attacks it carried out in 2014, were made possible because of Syria's massive support for the organization from the early to mid-1990's through 2012.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS
OF THE UNITED STATES OF AMERICA THAT THE FOREGOING
IS TRUE AND CORRECT.

----------------------------------------
----------
Marius Deeb

--May 21st  2016--------------

Date

8

# EXHIBIT A

**MARIUS K. DEEB**

**CURRICULM VITAE**

10626 Muirfield Drive
Potomac, MD 20854

Tel.: (301)765-8057


email: marius.deeb@jhu.edu

## EDUCATION

D.Phil. in Politics (with special reference to the Middle East), Oxford University, Oxford, England. Worked on Egypt for doctoral dissertation, under the supervision of Professor Albert Hourani.

M.A. in Political Theory and International Relations, American University of Beirut, Beirut, Lebanon.

B.A. in Political Science, American University of Beirut, Beirut, Lebanon.


## POSITIONS

Visiting/Adjunct Professor of Middle Eastern Studies teaching the courses on Islam at the School of Advanced International Studies, The Johns Hopkins University, Washington, D.C., 1996-

I have taught a total of 37 classes at SAIS as part of the Middle East Program. They included courses on Islam and Politics: Domestic and International, Islam and American Foreign Policy, Arab Political Thought and Practice, International Relations of the Middle East, Modern History of The Middle East and the Research Seminar on Modern Arab Politics.

1

This what Professor Ajami says about my teaching at the Middle East Program:
"I cannot thank you enough for your exquisite contributions this semester[Spring 2011]. Both your masterly discussion of Libya, and your discussion of history with Professor Herf were exceptional. We are blessed to have your wisdom and knowledge."
"It would be ideal for you and the program to teach my Arab Political Thought course, and you are the essential expert on this material. You know the Arab world as no one in Washington does; you know Lebanon and Syria and Egypt and Libya and the Peninsula as the palm of your hand. You know Arab liberalism and its defects."

Consultant on Islam for the Israeli and the Saudi Pavilions at the Walt Disney Epcot Millennium Village, May-August 1999.

Professorial Lecturer, George Washington University, Washington, D.C., 1989-2008

Senior Fellow, Center for International Development and Conflict Management, University of Maryland, College Park, Maryland, September 1985 - 1992.

 Professorial Lecturer in History, Georgetown University, Washington, D.C., 1986-1988.

Visiting Professor and Visiting Scholar, Center for Contemporary Arab Studies, Georgetown University, Washington, D.C., September 1983 - 1986.

Assistant Professor, Civilization Studies Program, American University of Beirut. October 1980- September 1983.

Visiting Scholar, Center for Contemporary Arab Studies, Georgetown University, Washington, D.C., Summer, 1981.

Associate, Center for Arab and Middle East Studies, American University of Beirut, Beirut, Lebanon. October 1979-October 1980.

2

Visiting Senior Fellow, Near East Studies Department,
Princeton University, Princeton, New Jersey.  September
1978 - June 1979.

Professional Research Associate, Arab Development
Institute, Tripoli, Libya. September 1977-August 1978.

Visiting Assistant Professor, Department of Political
Science, Kent State University, Kent, Ohio. September
1976 - July 1977.

Chairman, Middle East Studies Program, Kent State
University, Kent, Ohio.  September 1976 - July 1977.

Visiting Assistant Professor, Department of  Political
Science, Indiana University, Bloomington, Indiana.
August 1974 - May 1976.

Senior Associate Member, St. Antony's College, Oxford
University, England.  May-August 1975.

Visiting Assistant Professor in Political Science,
Indiana State University, Terre Haute, Indiana,
September 1973 - July 1974.

Curriculum Consultant on Middle Eastern Studies
for the Indiana Consortium for International Programs,
Indiana. September 1973 - July 1974.

Assistant Professor in Politics, Faculty of Law and
Political Science, The Lebanese University,
Beirut, Lebanon.  October 1972 - July 1973.

Consultant and Research Associate, The Ford
Foundation, Beirut, Lebanon. Worked on study conducted
by David and Audrey Smock: The Politics of Pluralism :
A Comparative Study of Lebanon and Ghana (New York,
Elsevier, 1975), 1972 -1973.

## PUBLICATIONS/BOOKS

Syria, Iran and Hizbollah: The Unholy Alliance and Its War on Lebanon, Hoover Institution Press, Stanford University, Stanford, Californian, 2013.

Syria's Terrorist War On Lebanon and the Peace Process, New York: Palgrave,2003, Paperback Edition, 2004.

"This is a major contribution to the study of inter-Arab politics, more generally, of contemporary Middle East politics. Professor Deeb presents a meticulously researched and argued assessment of Syria's policies in Lebanon, a subject on which he is a leading authority. The book's point of view will arouse considerable debate and controversy, thereby increasing its visibility and circulation. Years from now, this book will be cited as a landmark contribution in the field." Professor Naomi Weinberger

"Marius Deeb has written an authoritative, knowing book on the ways of dictatorship in Syria. It offers an unflinching analysis of the Syrian regime of Hafez Assad. Subtle, and superbly researched, it is the work of a historian who knows his way around the politics of the Arab world. A first-rate book." Professor Fouad Ajami

"Dear Marius:
I have been reading a whole bunch of Syrian material-naturally I was re-reading your book which I had read and so much enjoyed when it was in manuscript. Re-reading it I am just reminded of how good it is, how authoritative, and how brave it was given the standard received wisdom about Syria at the time. It is truly a superb book. I know I say so on the jacket of the book but this is even a new testimony. Almost everything I wanted to know about the regime I could find in your

pages. With best, Fouad.

<u>Militant Islamic Movements in Lebanon: Origins, Social Basis, and Ideology</u>. Occasional Papers Series, Center for Contemporary Arab Studies, Georgetown University, Washington, D.C. November 1986.

<u>Libya Since The Revolution: Aspects of Social and Political Development</u>. Co-authored with Mary-Jane Deeb, Praeger Publishers, New York, 1982.

<u>The Lebanese Civil War</u>. Praeger Publishers, New York, 1980. Foreword by Professor Charles Issawi.

<u>Party Politics in Egypt : The Wafd and Its Rivals, 1919-1939.</u> St. Antony's Middle East Monograph Series, No. 9, published for the Middle East Centre, St. Antony's College, Oxford, by Ithaca Press, London, 1979.  Foreword by Professor Albert Hourani.
The Arabic translation of this book has been published simultaneously in Cairo, Egypt and Beirut, Lebanon in 1987 under the title : <u>Al-Siyasah al-Hizbiyah fi Misr : Al-Wafd wa Khusumahu 1919-1939</u>.


**<u>ARTICLES</u>**

Eighty-four articles on "Egypt", "Iran", "Israel", "Jordan", "Lebanon", "The Middle East" and "Syria" in twelve volumes of <u>The World Book Year Book</u>, Chicago: World Book Inc., 2004-2015.

"In the Middle East, Oil Rules", <u>SAISPHERE</u>, pp.24-26, 2005

"Planting the Democracy Flag in the Middle East", <u>SAISPHERE</u>, pp. 24-27, 2007


"Arab Republic of Egypt" in <u>The Government and Politics of the Middle East and North Africa</u>, edited by David E.  Long, Bernard Reich and Mark Gasiorowski, Sixth Edition,    pp. 397-421, Boulder, Colorado: Westview Press, 2011.

"Syria and the War on Iraq" in Christian-Peter Hanelt, Giacomo Luciani and Felix Neugart, eds. Regime Change in Iraq: The Transatlantic and Regional Dimensions ,Robert Schuman Centre for Advanced Studies, European University Institute, Italy, 2004.

Fourteen articles  on "Egypt", and "Jordan" in Seven volumes of Encyclopaedia Britannica Book of the   Year, Chicago and London: Encyclopaedia Britannica, 1997-2003.

"The West and Militant Islam: Is the Clash Inevitable?" in Bengt Sundelius (ed.), The Consequences of September 11: A Symposium on the Implications for the Study of International Relations, Stockholm: The Swedish Institute of International Affairs, 2002.

"Lebanon and the Arab-Israeli Conflict" in Joseph Ginat et al (eds.), The Middle East Peace Process: Vision Versus Reality, Norman, OK: University Press of Oklahoma, 2002.

"Lebanon since 1979: Syria, Hizballah and the War against Peace in the Middle East," in Robert O. Freedman, The Middle East Enters the 21st Century, Gainesville, FL: University Press of Florida, 2002.

"Sa'ad al-Din Ibrahim" in 2002 Britannica Book of the Year, Encyclopaedia Britannica, Chicago, London, p. 96.

"Nasr Hamid Abu Zayd" in 2001 Britannica Book of the Year, Encyclopaedia Britannica, Inc., Chicago, London, 2001.

"The Case of Saad Eldin Ibrahim : Egyptian Regime Shows its True Colors," The Washington Times, August 11, 2000, p. A19.

"Lebanon," in Handbook of Political Science Research on the Middle East and North Africa, Bernard Reich, ed., Greenwood Press, Westport, CT, London, 1998, pp. 162-170.

"Syria," in Handbook of Political Science research on the Middle East and North Africa, Bernard Reich, ed., Greenwood Press, Westport, CT, London, 1998, pp. 206-213.

6

"Internal Negotiations in a Centralist Conflict:  Lebanon,"
co-authored with Mary-Jane Deeb, in I.    William Zartman (
ed.), <u>Elusive Peace: Negotiating an End to Civil Wars</u>, The
Brookings Institution, Washington, D.C. 1995, pp. 125-146.

"Militant Islam and Its Critics: The Case of Libya", in
 John Ruedy (ed.), <u>Islamism and Secularism in North Africa</u>,
 St. Martin's Press, New York, 1994, published in
 association with the Center for  Contemporary Arab Studies,
 Georgetown University. pp. 187-197.

"Political Parties in Libya", in Frank Tachau, ed
<u>Encyclopedia of Political Parties in the Middle East</u>,
Greenwood Press, New York, 1994, pp. 369-379.

"Continuity in Egyptian History: The Wafd and the Muslim
Brothers," in J. Spagnolo (ed.), <u>Problems of the Modern
Middle East : Essays in Honour of Albert Hourani</u>, published
for the Middle East Centre, St. Antony's College, Oxford,
Ithaca Press, l992.

"Regional Conflict and Regional Solutions : Lebanon," with
Mary-Jane Deeb, in <u>The Annals of the American Academy of
Political and Social Science</u>, No. 518, November 1991, pp.
82-94.

"Lebanon in the Aftermath of the Abrogation of the Israeli-
Lebanese Accord: The Dominant Role of Syria", in Robert O.
Freedman (ed.), <u>The Middle East from the Iran-Contra Affair
to the Intifada</u>, Syracuse University Press, Syracuse, New
York, 1991, pp. 323-340.

"Pierre Gemayel," <u>The Encyclopedia of World Biography, 20th
Century Supplement</u>, McGraw-Hill, New York, 1991, pp. 203-
205.

"Michel `Awn," <u>The Encyclopedia of World Biography,   20th
Century Supplement</u>, McGraw-Hill, New York,    1991, pp. 38-
39.

"More Than Meets The Eye,"  <u>The World & I: A Chronicle of
Our Changing Era</u>, Vol. 5,No. 7, July 1990, pp.60-67.

"Sadat," in Bernard Reich, ed., <u>Political Leaders of the</u>

Contemporary Middle East and North Africa , Greenwood Press, New York, Westport, Connecticut, London, 1990, pp.453-460.


"Egypt" in Religion in Politics : A World Guide, edited by S. Mews, Longman, London, 1989.

"The Conflict in Lebanon: The Role of Syria," The Lebanon Monitor, Vol. 6, February 1989, pp. 1,3.

"The External Dimension of the Conflict in Lebanon: the Role of Syria," Journal of South-Asian and Middle Eastern Studies, Vol. 12, No. 3, Spring 1989, pp. 37-51.

"Prepared Statement on Lebanon," Senate Hearings Before the Committee on Appropriations, Foreign Assistance and Related Programs Appropriations for Fiscal Year 1988, Hearings Before A Subcommittee Of The Committee On Appropriations, United States Senate, One Hundredth Congress, First Session On H.R. 3186, Part 5,   U.S. Government Printing Office, Washington, 1988, pp.442-449.

"Shia Movements in Lebanon : Their Formation, Ideology, Social Basis, and Links with Iran and Syria," Third World Quarterly, Vol. 10, No. 2, April 1988, pp. 683-698.

"Fu'ad Shihab," The Encyclopedia of World Biography, 20th Century Supplement,Vol.15, McGraw-Hill, New York, 1988. pp.

"Saudi Arabian Policy toward Lebanon since 1975" Towarda Viable Lebanon, H. Barakat (ed.), Croom Helm, London & Sydney, 1987, pp. 167-184.

"Syria," The Americana Annual, 1987, Yearbook of  the Encyclopedia Americana, Grolier, Danbury, CT,    1987,p.  504.

"Lebanon," The American Annual, 1987, Yearbook of the Encyclopedia Americana, Grolier, Danbury, CT,     1987,

pp. 321-323.

"Jordan," <u>The Americana Annual, 1987, Yearbook of the Encyclopedia Americana</u>, Grolier, Danbury, CT, 1987, p. 299.

"The New Wafd and the Future of the Multi-Party System in Egypt," <u>Egypt: Old Realities and New Vision</u>, Edward Azar and Abdel R. Omran (eds.), Center for International Development and Conflict Management,University of Maryland, College Park, Maryland, 1987, pp. 75-82.

"Radical Political Ideologies and Concepts of Property in Libya and South Yemen," <u>The Middle East Journal</u>,Vol. 40, No. 3, Summer 1986, pp. 445-461

"Jordan," <u>The Americana Annual 1986, Yearbook of the Encyclopedia Americana</u>, Grolier, 1986, p. 295.

"Lebanon," <u>The Americana Annual 1986, Yearbook of the Encyclopedia Americana</u>, Grolier, 1986, p. 316-318.

"Syria," <u>The Americana Annual 1986, Yearbook of the Encyclopedia Americana</u>, Grolier, 1986, p. 497-498.

"La Siria, il 'grande vicino'", <u>Politica Internazionale</u>, vol. XIII, Nos. 3-4, March-April 1985,pp. 97-104.

"Libya: Internal Developments and Regional Politics," co-authored with Mary-Jane Deeb and published in <u>The Middle East Annual</u>, Vol. 4, 1984, David H. Partington  (ed.), G.K. Hall and Co., Boston, MA, 1985, pp. 131-147.

"Lebanon's Continuing Conflict," <u>Current History</u>, Vol. 84, No. 498, January, 1985, pp. 13-15, 34.

"Lebanon: Prospects for National Reconciliation in the Mid-1980's," <u>The Middle East Journal</u>, Vol. 38, No. 2, Spring 1984, pp. 267-283.

9

"Large Landowners and Social Transformation in Egypt : 1940-1952," published in Land Tenure and Social Transformation in the Middle East, edited by Tarif Khalidi American University of Beirut, Beirut, 1984, 425-436.

"Najib Mahfuz's Midaq Alley: A Socio-Cultural Analysis," British Society for Middle Eastern Studies Bulletin, Vol. 10, No. 2, 1983, pp. 121-130.

"Muammar al-Qadhdhafi," Collier's Encyclopedia MacMillan Educational Company, New York, 1982, p. 549.

"Muammar al-Qadhdhafi," Merit Students Encyclopedia, Vol. 15, MacMillan Educational Company, New York & London, 1982, p.404.

"Labour and Politics in Egypt, 1919-1939," International Journal of Middle East Studies, Vol. 10, No. 2, May 1979, pp. 187-203.

"Islam and Arab Nationalism in al-Qadhdhafi's Ideology," Journal of South Asian and Middle Eastern Studies, Vol. 2, No. 2, December 1978,   pp. 12-26.

"The Socio-Economic Role Played by Local Foreign Minorities in Modern Egypt, 1805-1961,"International Journal of Middle East Studies, Vol. 9, No. 1, February 1978, pp. 11-22.

"Bank Misr and the Emergence of the Local Bourgeoisie in Egypt," Middle Eastern Studies, Vol.12,No. 3, 1976, pp. 69-86. Also published in The Middle Eastern Economy: Studies in Economics and Economic History, Elie Kedourie (ed.), Frank Cass & Co., London, 1977.

"The 1919 Popular Uprising in Egypt: A Genesis of Egyptian Nationalism," Canadian Review of Studies in Nationalism, Vol. 1, No. 1, Fall 1973, pp. 106-119.

**BOOK REVIEWS**

Kamal Dib, <u>Warlords and Merchants: The Lebanese Business and Political Establishment</u>,Ithaca Press, Reading, 2004, <u>The Middle East Quarterly</u>, Vol. 13, No.1, Winter, 2006.

Samir Khalaf, <u>Civil and Uncivil Violence in Lebanon: A History of the Internationalization of Communal Conflict</u>,Columbia University Press, New York, 2002, <u>The Middle East Quarterly</u>, Vol. 12, No. 4, Fall, 2005.

Maan Abu Nowar, <u>The Jordanian-Israeli War 1948-1951: A History of the Hashemite Kingdom of Jordan</u>, Ithaca Press,  Garnet Publishing Limited, Reading, 2002, <u>Middle East Studies Bulletin</u>, Vol. 37, No. 2, December 2003, pp. 262-263.

Benny Morris, <u>The Road to Jerusalem: Glubb Pasha, Palestine and the Jews</u>, I.B.Tauris distributed by Palgrave Macmillan, London & New York, 2002, <u>Middle East Studies  Bulletin</u>, December 2003, Vol. 37, No. 2, pp.272-273.

Patrick Seale, <u>Asad of Syria, the Struggle for the</u> I.B.Tauris & Co Ltd. London, 1988, <u>The Journal of Middle East Studies</u>, Vol. 24, No. 1, February 1992, pp. 131-133.

Moshe Ma`oz, <u>Asad, The Sphinx of Damascus, A Political Biography</u>, Weidenfeld & Nicolson, New York, 1988,

Robert Bianchi, <u>Unruly Corporatism, Associational Life in Twentieth-Century Egypt</u>, Oxford University Press, New York and Oxford, 1989, <u>International Journal of Middle East Studies</u> Vol. 23, No. 4, November 1991, pp.640-641.

Raymond William Baker, <u>Sadat and After, Struggles for Egypt's Political Soul</u>, Harvard University Press, Cambridge, Massachusetts, 1990, <u>The Middle East Journal</u>, Vol.45, No.4, Autumn 1991, pp. 676-678.

Thomas W. Lippman, <u>Egypt After Nasser, Sadat, Peace, and the Mirage of Prosperity</u>, Paragon House, New York, 1989, <u>The Middle East Journal</u>, Vol. 45, No. 4, Autumn 1991, pp. 676-677.

Joseph P. Lorenz, <u>Egypt and the Arabs, Foreign Policy and the Search for National Identity</u>, Westview Press, Boulder, San Francisco & Oxford, 1990, <u>The Middle East Journal</u>, Vol.45, No.4, Autumn 1991, pp. 676-678.

Joel Beinin and Zachary Lockman, <u>Workers on the Nile, Nationalism, Communism, Islam and the Egyptian Working Class, 1882-1954</u>, Princeton University Press, Princeton, New Jersey, 1987, <u>International Journal of Islamic and Arabic Studies</u>, Vol.8, No.2, 1991, pp.93-6.

Robert Brenton Betts, <u>The Druze</u>, Yale University Press, New Haven and London, 1988, <u>The Middle East Journal</u>, Vol. 43, No.3, Summer 1989, p. 542.

John D. McIntyre, Jr., <u>The Boycott of the Milner Mission: A Study in Egyptian Nationalism</u>, Peter Lang, New York, 1985, <u>International Journal of Middle East Studies</u> Vol. 21, No. 2, May 1989, p. 264.

Thomas Philipp, <u>The Syrians in Egypt 1725-1975</u>, Franz Steiner Verlag Wiesbaden GMBH, Stuttgart, 1985, <u>International Journal of Middle East Studies</u> Vol. 21, No. 1, February 1989, pp. 145-146.

Martin Sicker, <u>The Making of a Pariah State, the Adventurist Politics of Muammar Qaddafi</u>, PraegerPublishers, New York, 1987, <u>The Middle East Journal</u>,    Vol. 42, No. 4, Autumn 1988, pp. 696-697.

Jonathan Bearman, <u>Qadhafi's Libya</u>, Zed Books Ltd., London and New Jersey, 1986, <u>The Middle East Journal</u>, Vol. 41, No. 4, Autumn 1987, p. 628.

Maja Naur, Political Mobilization and Industry in Libya, Akademisk Forlag, Copenhagen, Denmark, 1986, The Middle East Journal, Vol. 41, No. 4, Autumn 1987, pp.627-628.

Samir Khalaf, Lebanon's Predicament, Columbia University Press, New York, 1987, International Journal of Comparative Sociology, Vol. 28, Nos. 3-4, 1987, pp. 247-248.

Raymond A. Hinnebusch, Egyptian Politics Under Sadat: The Post-Populist Development of an Authoritarian Modernizing State, Cambridge University Press, New York and Cambridge, 1985, The Middle East Journal, Vol. 40, No. 4, Autumn 1986, pp. 723-724.

Wadi D. Haddad, Lebanon: The Politics of Revolving Doors, Praeger Publishers, New York, 1985. Middle East Studies Association Bulletin, Vol. 20, No. 1, July 1986, pp. 79-80.

Adeed Dawisha (ed.), Islam in Foreign Policy, Cambridge University Press, New York, 1983, The Muslim World, vol. LXXV, Nos. 3-4, July-October 1985, pp. 191-192.

Cecil Hourani, An Unfinished Odyssey: Lebanon and Beyond, Weidenfeld and Nicolson, London, 1984, The Middle East Journal, Vol. 39, No. 2, Spring 1985, p. 374.

Eric Davis, Challenging Colonialism Bank Misr and Egyptian Industrialization, 1920-1941, Princeton University Press, Princeton, N.J., 1983, The Middle East Journal, Vol. 38, No. 1, Winter 1984, pp. 129-130.

Tareq Y. Ismael, The Arab Left, Syracuse University Press, Syracuse, New York, 1973, in The Journal of Politics, Vol. 40, No. 1, February 1978, p. 273.

G.M. Haddad, Revolution and Military Rule in the Middle East, Vol. 3, Robert Speller and Sons, New York, 1973, in International Journal of Middle East Studies, Vol. VI, No. 1, January 1975, pp. 120-121.

13

**CONFERENCE PAPERS**
**AND LECTURES**

Statement delivered at the Hearing before the Subcommittee of the Middle East and Central Asia of the Committee ofthe International Relations, House of Representatives, One Hundred and Ninth Congress, Syria Accountability and Lebanese Sovereignty Restoration Act Two Years later, Next Steps for U.S. Policy, July 7, 2006.

"The Significance of the Cedar Revoltion: Lebanon and Beyond." A lecture delivered at the conference " Syria and Lebanon: What Next?" at the Center for Contemporary ArabStudies, Georgetown University, Washington DC, January    2006.

"How to Safeguard the Cedar Revolution" a statement at the Hearing before the Committee on International Relations,   House of Representatives, One Hundred and Ninth Congress,

"Lebanon Reborn? Defining National Priorities and Prospects for Democratic Renewal in the Wake of March 14, 2005", July 28, 2005.

"Syria" A presentation at the conference "Opportunities and Challenges in U.S. Middle East Policy: Implications for U.S. Central Command Planning and Priorities", Washington D.C., May 25, 2005.

" Lebanon after the Hariri Assassination" A Policy Presentation, The Middle East Institute, Washington D.C. April 7, 2005.


"Can Syria Distance Itself from Terrorist Organizations?" Paper delivered at the conference on : "Syria: A Voice for the Future or a Voice of the Past?"

14

organized by the Foundation for the Defense of
Democracies, at SAIS, the Johns Hopkins University,
Washington DC, September 2003.

"Syria and the War on Iraq." Paper presented at the
workshop on "Europe and the Middle East after the Iraq
Crisis," organized by the Bertelsmann Foundation,
Bologna, Italy, March 30- April 1, 2003.

"Southeast Asia in the Context of Global Islam."
Lecture delivered at the conference on "Political Islam
and Southeast Asia," at SAIS, the Johns Hopkins
University, Washington, DC, March 2003.

"Islam," a lecture delivered at the Interfaith
Symposium on "Judaism, Christianity and Islam: Evil in
our Traditions." Emanu-El Synagogue, New York, January
2003.

"Religious Roots of Terrorism," paper presented at the
National Security Agency, Laurel, MD, September, 2002.

"The West and Islam after September 11: Is the Clash
Inevitable?" at a conference on "International
Politics: The Research Agenda after September 11"
organized by the Swedish Institute of International
Affairs, Stockholm, Sweden, April 2002.

"Islamic Fundamentalism and Terrorism" presentation
given at a conference on "Dynamics of Islamic
Politics", at the National Intelligence Council (NIC)
Project Conference at the University of Maryland,
College Park, February , 2002.

Participated as an expert scholar to a four day
congressional conference for 9 senators and 15
congressmen on "Islam, Terrorism and the US Response"
organized by the Aspen Institute, in Punta Mita,
Mexico, January 2002.

"Islam and Politics," presentation to the Pew
International Journalism Program of the Paul Nitze
School of Advanced International Studies, the Johns
Hopkins University, Washington DC, January 2002.

15

"Why Bin Laden?" presentation at the Applied Physics
Laboratory, Johns Hopkins University, Laurel, MD,
November 2001.

"Lebanon, Syria and the US, "at a conference sponsored
by the Office of Near Eastern, South Asian and African
Analysis of the CIA, at the Hilton Hotel, McLean, VA,
May 2001.

"International Issues Facing the New Administration:
the Middle East", speaker at the Smithsonian World
Affairs Institute, Washington DC, April, 2001.

"Hizballah", presentation on a panel on terrorism,
sponsored by the International Center for Terrorism
Studies at the Potomac Institute for Policy Studies,
Arlington, VA, October 2000.

"The Syrian and Lebanese Dimensions of the Peace
Process," paper presented at the conference on The
Peace Process in the Middle East, at the University of
Haifa, Israel, March 14, 2000.

"The Political History of Morocco," presentation at the
National Council on U.S.-Arab Relations, Washington,
D.C., June 3, 1999.

"Terrorism in the Middle East," paper presented at the
conference on The Emergence of Democracy and the
Globalization of Crime, Connecticut State University,
New Britain, CT, May 1-2, 1999.

"Egypt: Foreign Policy and Domestic Politics,"
presentation at the U.S. National Security Agency,
Maryland, April 18, 1999.

"The Arab Countries and Israel's 1999 Elections",
presentation at the School of Advanced International
Studies' Foreign Policy Institute, the Johns Hopkins
University, Washington, D.C., April 8, 1999.

"The Syrian Rule in Lebanon," presentation at the
Foreign Service Institute, Department of State,

16

Arlington, VA, January 26, 1999.

"Israel, Palestine and the Peace Process: Prospects for
Peace," presentation before the World Affairs Council
of Pittsburgh, PA, October 23, 1998.

"The Role of Hizballah in Lebanon," paper presented on
panel briefing U.S. Ambassador to Lebanon, David
Satterfield, Department of State, Washington, D.C.,
August 1998.

"Syria and the Peace Process," lecture given at the
National Council on U.S. Arab Relations, Washington,
D.C., June 6, 1998.

"Lebanon and Syria," lecture given at the Foreign
Service Institute, Department of State, Arlington, VA,
January 6, 1998.

"Whither Hizballah?" presentation at the Defense
Intelligence Agency, Department of Defense, Washington,
D.C., February 26, 1997.

"On the Clash of Civilizations," presentation in the
lecture series on Islam and International Politics, at
the Smithsonian Institute, Washington, D.C., January
30, 1997.

"Syria and the Rule of Hafez Asad," presentation at the
Foreign Service Institute, Department of State,
Arlington, VA, March 12, 1996.

"Whither Asad's Syria ? Internal Dynamics and the Peace
Process " paper presented at the 49th annual conference
entitled "Middle East Uncertainties" Washington, D.C.,
September 29-30, 1995.

"The Power of the Powerless : Civil Society in Lebanon
paper presented  at the conference entitled " Civil
Society in the Middle East : An Opportunity or a
Challenge to Existing Regimes ? " McLean, Virginia, May
24-25, 1995

"Some Comments on Secular Leftist Political Parties in

17

the Middle East and North Africa " in the Woodrow
Wilson Center's conference entitled  "Between the State
and Islam", Washington D.C., February 25-26, l994.

"Will the Ta'if Agreement Endure?" Paper presented at a
Conference on "Prospects for Lebanon's Postwar
Stability, McLean, Virginia, September 30, 1993.

"Syria and Iraq: the New Generation of Leadership,"
paper presented at the Workshop on Middle East
Politics: The New Generation of Leadership in the
Middle East, hosted by the Joint Military Intelligence
College, Newport, Rhode Island, September 21-22, l993.

"Syria, Lebanon and Jordan: Social and Political
Underpinnings and the Dynamics of Relationships,
"lecture given at the Foreign Service Institute,
Department of State, Arlington, Virginia, July 13,
1993.

"The Syrian Military and the Biqa' Valley Drug Trade,"
paper presented at a Conference on Drug Trafficking in
the Middle East and North Africa, International
Meridian House, Washington D.C., February l9, l993.

"Lebanon and Syria: Internal Dynamics and Regional
Politics," lecture given at the Foreign Service
Institute, Department of State, Arlington, Virginia,
January l9, l993.

"The Contemporary Political and Social Developments in
the Maghrib," lecture given at the Fullbright-Hayes
North Africa Seminar, AMIDEAST, Washington D.C., June
23, 1992.

"Lebanon in the Aftermath of the Ta'if Agreement,"
lecture given at the Foreign Service Institute,
Department of State, Arlington, Virginia, April 28,
l992.

"The Libyan-Chadian Relations," lecture given at the
Foreign Service Institute, the Department of State,
Arlington, Virginia, March 19, 1992.

"The Arab-Israeli Conflict and the Missed Opportunities
Will the Future Resemble the Past?" A Panel sponsored
by the Jewish Community Council of Greater Washington
and  George Washington University, Washington, D.C.,
February 11, 1992.

"Democratization in the Arab World," Johns
Hopkins Foreign Policy Institute, SAIS, Washington
D.C., December 5, l991, and January 30, l992,

"Syria and the Persian Gulf Crisis : Rhetoric and
Realpolitik, " Middle East Studies Association Annual
Meeting, Washington, D.C., November 24, 1991.

"Popular Participation in the Arab Levant and Egypt,"
paper given at the conference on Popular Participation
in Arab Politics : Present Challenges and Future
Prospects, held in Washington, D.C. November 7, 1991

"Democratization in the Middle East  and North Africa,
"Voice of America Symposium, Washington, D.C.,
September 27, 1991.

"International and Regional Mediation in the Levant,"
paper given at the American Political Science
Association Annual Meeting, Washington, D.C. August 29-
September 1, 1991.

"The Ta'if Accord and Its Implications," lecture given
at the Conference on Lebanon, American Task Force for
Lebanon, Washington D.C. June 27, 1991.

"Libya and Its Regional Policies," lecture given at the
Foreign Service Institute, Department of State,
Arlington, Virginia, May 7, 1991.

"The Middle East and the New World Order," lecture
given at East Tennessee State University, Johnson City,
Tennessee, April 28, 1991.

"Lebanon After `Awn : A New Pax Syriana?" a lecture
given at The Middle East Institute, Washington, D.C.,
December 10, 1990.

19

"Qadhdhafi's Volte-face in his Foreign Policy toward
the Arab World," paper presented at the 24th Annual
Conference of the Middle East Studies Association of
North America, San Antonio, Texas, November 10-13,
1990.

"Libya in the Post-Cold War Era : Changes in Domestic
Politics and Foreign Policy," lecture given at the
Foreign Service Institute, Department of State,
Arlington, Virginia, October 23, 1990.

"Negotiations and Attempts at Conflict Resolution : The
Case of Lebanon," ( with Mary-Jane Deeb ) paper
presented at the Conference on Internal Security
Negotiations at the Paul Nitze School of Advanced
International Studies, The Johns Hopkins University,
March 12, 1990.

"A Comparison of Basic Freedoms under Mubarak and the
Wafdist Cabinet of 1950-52," paper presented at the
Twenty-Third Annual Meeting of the Middle East Studies
Association of North America, Toronto, Canada, November
17, 1989.

"Prospects for Peace in the Middle East," paper
presented for a panel on the Arab-Israeli Conflict,
George Washington University, Washington, D.C., April
18, 1989.

"An Analysis of Recent Political Developments in
Lebanon," Lecture given at the Foreign Service
Institute, Department of State, Arlington, Virginia,
March 7, 1989.

"The Role of Syria in the Lebanese Conflict," paper
given at the Seminar entitled "Lebanon at the
Crossroads," sponsored by the Lebanese Peace Institute,
held at UCLA, Los Angeles, January 21, 1989.

"The Attitude of the Egyptian Muslim Brothers towards
the Public and Private Sectors of the Economy," paper
presented at the Twenty-Second Annual Conference of the
Middle East Studies Association of North America, Los
Angeles, November 1988.

20

"The Crisis of the Presidency in Lebanon," Paper presented at the Parliament Hill Confederation Hall, in Ottawa, Canada, sponsored by the Ottawa Friends of Lebanon and the International Development Committee of the Ottawa YM-YWCA, September 26, l988.

"The Syrian Role in Lebanon," a paper delivered at the Symposium entitled "Lebanon: A Question of Peace," held at the Middle East Institute, Washington, D.C., September 15, l988.

"The Regional Dimensions of the Conflict in Lebanon: The  Presidential Elections and Beyond," Department of State, Washington, D.C., August 26, l988.

"The Syrian Strategy in Lebanon on the Eve of the Presidential Elections," Symposium on Lebanon, CIDCM, University of Maryland, July 26, l988.

"The North African Novel as an Expression of the Tensions of Modernization," Lecture given at the Foreign Service Institute, Department of State, Arlington, Virginia, June 28, l988.

"Lebanon and Israel," paper read at the Association for Israel Studies Annual Conference, New York, June 6-7, l988.

"Whither Lebanon l988?" Lecture delivered at the Foreign Service Institute, Department of State, Arlington, Virginia, May 3l, l988.

"Lebanon," paper presented at the Conference on the Middle East After Iran-gate Crisis, Baltimore Hebrew University, Baltimore, MD, May 8, l988.

"The Arab Middle East," paper delivered at the Conference on Middle Eastern Fundamentalism and Terrorism, Washington, D.C., April 2l-22, l988.

"Islamic Fundamentalism," paper read at the Symposium on Ethno-geographical Fundamentalism : The Middle East, The Capital American Social Psychological Association

21

Meeting, Washington, D.C., March 26, 1988.

"State-Sponsored Terrorism," paper read at the Inter-Institutional Conference on Terrorism Research : The State of the Art, Washington, D.C. January 19, 1988.

"Shi`i Political Leadership in Lebanon," Middle East Studies Association of North America  21st Annual Meeting , Baltimore, MD, November 14-17, 1987.

"The Islamic Right in Egypt," Middle East Studies Association of North America, 21st Annual Meeting, Baltimore, MD, November 14-17, 1987.

"Egypt in the Mubarak Era : the Role of Political Parties," Philips Lecture, Center for International Development and Conflict Management, The University of Maryland, College Park, MD, November 19, 1987.

"Hizballah," lecture delivered at the School of Advanced  International Studies, Johns Hopkins University , October 29, 1987.

"Lebanon," a statement read and submitted to the Senate Appropriations Sub-Committee on Foreign Operations, July 30, 1987.

"Syria's Policy toward the Peace Process and the PLO," paper given at the International Strategic Studies Association, 'Strategy '87,' Washington, D.C., July 13-16, 1987.

"Islamic Movements in Lebanon," a lecture delivered at Johns Hopkins University, Homewood Campus, April 21, 1987.

"Syria's Role in Regional Conflicts: Some Theoretical Implications," presented at the 28th Annual Convention of the International Studies Association, Washington, D.C., April 14-17, 1987.

"The Nature of the Asad Regime in Syria," paper presented at the Defense Intelligence College roundtable sponsored by the Defense Academic Research Support

Program (DARSP), March 18, 1987.

"The New Wafd Party and the Democratic Alternative in Egypt," The Brookings Institution and University of Maryland, Washington, D.C., December 15, 1986.

"Lebanon: Flashpoint for Middle East War?" Friends Committee on National Legislation, Washington, D.C., December 4, 1986.

"Syria's Role in Regional Conflicts," paper given at the 20th Annual Meeting of the Middle East Studies Association of North America, Boston, November 22, 1986.

"Islamic Fundamentalism in Lebanon and the Arab World," lecture given at the Industrial College of the Armed Forces, National Defense University, October 15, 1986.

"Islamic Fundamentalism in Tunisia," lecture deliveredat the conference held on the 25th Anniversary of the Peace Corps, Washington, D.C., September 20, 1986.

"Syria and the Peace Process," paper given at the 82nd Annual Meeting of the American Political Science Association, Washington, D.C., August 28, 1986.

"Libya and the Arab World after the U.S. Raid," paper delivered at the International Strategic Studies Association, Washington, D.C., May 15, 1986.

"Militant Islamic Movements and Pluralism in Lebanon," paper delivered at the Symposium on the Arab World and the Islamic Resurgence at the University of Massachusetts, Amherst, Massachusetts, April 18, 1986.

"Libya: Domestic and Regional Politics," lecture givenat the Foreign Service Institute, Department of State, Arlington, Virginia, March 11, 1986.

"Islamic Resurgence in Lebanon," paper delivered at the symposium on International Perspectives on the Religious Resurgence in the Middle East at Yale University, New Haven, Connecticut, February 28, 1986.

23

"Prospects for National Reconciliation in Lebanon,"
Tulane University, New Orleans, Louisiana, February 1,
1986.

"Syrian-Lebanese Relations Since 1975," paper given at
the Middle East Association of North America, in New
Orleans, November 25, 1985.

"Islamic Movements and the Role of Syria in Lebanon,"
lecture delivered at the National Defense University,
Washington, D.C., September 27, 1985.

"The Role of the Military and the Middle Class in the
Opposition to the Qadhdhafi Regime," paper delivered at
the State Department, Washington, D.C., September 23,
1985.

"Militant Islamic Movements in Lebanon: Shi'i and Sunni
Variants," lecture delivered at the School of Advanced
International Studies, Johns Hopkins University,
September 18, 1985.

"Regional Political Developments and their Implication
for the Future of Lebanon," Conference on the
Reconstruction of the Lebanese Economy: Plans for
Recovery, sponsored by the Center for International
Development and Conflict Management, the University of
Maryland, July 22-23, 1985.

"The Balance of Power in the Arab World Since 1982,"
Strategy 85 Conference, Washington, D.C., June 25-27
1985.

"Hizballah (Party of God): Origins, Social Basis and
Ideology," at the American Council for the Study of
Islamic Societies Meeting, May 30-31, 1985, Villanova
University.

"The Libyan Opposition," in a panel on Libya, sponsored
by the Middle East Institute, Washington, D.C.,
February 26, 1985.
"The Return of the New Wafd and the Future of the
Multiparty System in Egypt," Middle East Studies

Association of North America, The Eighteenth Annual
Meeting, November 28 - December 1, 1984, San Francisco,
California.

"Saudi Arabian policy toward Lebanon since 1975."
Ninth Annual Symposium, Center for Contemporary Arab
Studies, Georgetown University, Washington, D.C., April
12-13, 1984.
"Syria's Objectives in Lebanon," a lecture given at
Yale University, February 17, 1984, New Haven,
Connecticut.

"Syria's Role in Lebanon in the Context of Inter-Arab
Politics," a lecture given at the Woodrow Wilson
International Center for Scholars, Washington, D.C.,
December 19, 1983.

"The Ascendancy of the West in the Middle East," a
lecture given at the School of Advanced International
Studies, Johns Hopkins University, Washington, D.C.,
October 4, 1983.

"The Response of Egyptian Large Landowners to British
Economic Interests, 1907-1939," presented at the
conference on Egypt, 1882-1914: Occupation and
Response, sponsored by the American University of
Beirut, Beirut, Lebanon, May 1982.

"The Camp David Summit: Its Significance and
Implications," Pi Sigma Alpha Lecturer, Kent State
University, Kent, Ohio, November 1978.

"The Social Basis of Parliamentary Democracy in Modern
Egypt," presented at the Middle East Studies
Association, Tenth Annual Meeting, Los Angeles,
California, November 1976.

"Conflict in Lebanon," presented at the Forum on
Lebanon, Center for Middle Eastern Studies, University
of Chicago, February 1976.

"Some Major Causes of the Present Lebanese Crisis,"
presented at the Middle East Studies Association, Ninth
Annual Meeting, Louisville, Kentucky, November 1975.

25

"Oil Politics and Conflict in the Middle
East," presented at the International Studies
Association, Mid-West, Chicago, November 1974.


**MEDIA ACTIVITIES**

More than 1000 interviews on TV networks, Radio networks
and quotations in the printed press. The list includes NBC
Nightly News, ABC Nightline, CNN News, INN TV, CTV,
Toronto, Canada, CBC, Toronto, Canada, Christian Science
Monitor T.V., Independent Television News (ITN) London,
Panorama Metromedia 5, Washington, D.C., BBC, London,
England, National Public Radio, ABC News Radio Network, UPI
Radio, Associated Press Radio, Christian Science Monitor
Radio Service, World Service of the Christian Science
Monitor, Pacific Radio Network, Berkeley California, CKO
Radio Network, Toronto, Canada, Voice of America (VOA),and
the French Monte Carlo Radio.

The Washington Post, The Los Angeles Times, The Christian
Science Monitor, The Boston Globe, The Washington Times,
Philadelphia Daily News, Baltimore Jewish Times, Detroit
Free Press, Seattle Times, USA Today, Insight Magazine, The
Sun (Baltimore), People Weekly, St. Louis Dispatch, Die
Woche (Germany).