# EXHIBIT 9

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SHMUEL ELIMELECH BRAUN, et. al.** ) | |
| ) | |
| Plaintiff, ) | Civ. No. 1:15-cv-01136-BAH |
| ) | |
| v. ) | |
| ) | |
| **THE ISLAMIC REPUBLIC OF IRAN,** *et al.*, ) | |
| ) | |
| Defendants. ) | |

## DECLARATION OF SHIMSHON HALPERIN

Shimshon Halperin declares pursuant to 28 U.S.C. §1746, as follows:

1. I am an American citizen and currently reside in New York.

2. I am the father of Chana Braun and father-in-law of Shmuel Braun, who currently reside in Jerusalem.

3. In October 2014, I was visiting Israel to celebrate the holidays of Yom Kippur and Succot with my daughter and her husband.

4. Our daughter, Chana, and her husband have lived in Israel since they were married. Although we lived far apart, we remained very close, and spoke on the telephone every day. Chana and her husband spent more than a year trying to conceive a child. As part of these efforts, Chana underwent numerous surgeries. They were finally successful, and she gave birth to a baby girl, Chaya Zissel Braun.

5. I came to Israel when Chaya Zissel was born. We came again for the holidays and stayed for about three weeks. My wife flew back home before I did because I stayed to attend my cousin's wedding in Jerusalem and for my mother's *yahrzheit* (anniversary of her death).

1

6. The attack took place the day of the wedding. Chana and her husband had taken Chaya out in her stroller, and were getting off the train when a terrorist drove a car through the crowd of people at the train station. He hit the stroller and launched baby Chaya ten meters into the air. She landed on her head, and was not breathing when rescue personnel arrived. They were able to resuscitate her and take her to the hospital. Chana's husband also sustained serious injuries as a result off the attack.

7. While at the wedding, my cousin burst into tears and told everyone her brother had died. This was a difficult moment made worse by the call I was about to receive. While we were grieving, I received a call from Chana about the terrorist attack. I left immediately for the hospital. It was a horrific twist on what should have been a joyous occasion.

8. I was very scared and worried that Chaya might die. When I arrived at the hospital protestors outside the hospital confronted me. They were throwing rocks and cursing the hospital. Chaya was still alive when I arrived at the hospital, and Chana was already there and in tears.

9. About an hour later, Chaya was declared dead. Chana became hysterical, and started screaming and crying uncontrollably. Throughout all of this I was unable to speak with my wife, who was on a plane back to America. We were not able to communicate until she had landed.

10. The press was waiting outside when I left the hospital. They asked me numerous questions, and I was ultimately interviewed.

11. I spoke with my children in America, and asked them to tell my wife what had happened as soon as she landed. She did not leave the airport and got on the next flight back to Israel, but she did not get back in time to attend her granddaughter's funeral.

12. It became much more difficult to communicate with Chana after the terror attack. She stopped answering my calls. To this day she will periodically burst into tears for no apparent reason.

13. My wife has also changed. She does not smile as she used to, and has become a serious person – with a sense of heaviness and burden.

14. I also feel a sense of heaviness all the time and smile much less, even until today.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 22, 2016

*[signature: S. Hal_____]*

_____
Shimshon Halperin