# EXHIBIT 10

# Alan Friedman, M.D.
*Board Certified in Physical Medicine & Rehabilitation*

Name: **Braun, Samuel (Shmuel).**
DOB:   REDACTED
Date of Injury: 10/22/14.
Date of Exam: January 12, 2016.


The examination was performed in his apartment in Jerusalem, Israel.

## RECORDS REVIEWED

- MRI right knee, (05/11/14): "There is a partial tear of the MCL with bone contusion in the area of the origin of the MFC [medial femoral condyle]. There is an osteochondral injury of the LFC [lateral femoral condyle] posteriorly and a bone contusion in LTP [lateral tibial plateau] anteriorly and posteriorly and at the head of the fibula."

- Prescription for physical therapy.

- List of medical appointments from the Meuchedet Health Clinic showing visits on 02/10/14, 02/11/14, 03/11/14, 05/11/14, 06/11/14, 15/11/14, 22/11/14, 02/12/14, 29/05/15, 08/06/15, 24/08/15, 26/08/15, 27/08/15, and 16/10/15. He was diagnosed with acute bronchitis on October 16, 2015, and had pharyngitis on 11/03/14.

- Clinic evaluation on November 2, 2014 with Dr. Joyce Morel. This is his second visit with Dr. Morel who wrote that the patient "was hit by terrorist's car in piguah at Giv'at Hatachmoshet Rail station. Fractured a rib right side, abrasions and contusions to right knee and lower leg. Now complaining of continued pain to knee, mostly medial aspect. Able to walk, but painful." The examination included "the right knee has obvious effusion, edema and ++ tenderness at medial joint line. Unable to fully extend knee". She referred him to an orthopedic surgeon for further evaluation.

- List of physical therapy sessions from November 6, 2014 until January 25, 2015.

## HISTORY

Mr. Braun is a now 26 year old male who was 25 at the time of his injury.

On October 22, 2014, he had just alighted from the light rail train system in Jerusalem, Israel and was standing on the platform. A car rammed into the platform and struck him and his 11 $^{6/7}$ weeks old baby (who was in her stroller) Mr. Braun does not recall the immediate events following his injury. He recalls getting up and feeling stunned. He heard his wife yell "the baby, the baby."  He did not know what happened, but then saw his baby lying prone on the ground.

(The baby later died of her wounds).

He was taken by EMS to Hadassah Hospital, Mount Scopus campus. He remembers being in "tremendous pain", and taken to the emergency room. He had chest pain and knee pain. X-rays revealed right rib fractures and an unremarkable knee. He was discharged home.

During the next week, while sitting in a low chair during *shiva* for his daughter, he was in significant pain – both in his right knee and his chest. His doctors informed him that the chest pain was secondary to the rib fractures and that he should breathe deeply to avoid pneumonia. He was prescribed a muscle relaxant and analgesics.

Approximately two weeks following the injury, he was referred to an orthopedist because of his knee pain. He had an MRI, which revealed a "torn ligament." He then started physical therapy and went twice a week for approximately three months was also performing a regular home exercise program. He then "burned out" from the physical therapy but did continue to do his home stretches. He states that it took approximately six months to be able to walk "relatively" normally. At that point, he stopped performing the home exercise program.

He states that the ribs healed on their own after approximately three weeks of significant pain and requiring pain medication. He currently denies any shortness of breath or cough. He did not have any followup x-ray to confirm proper rib healing.

## SYMPTOMS AT THIS TIME

He has tingling in the medial right knee but no numbness. He still has pain mostly in the medial knee. Prolonged walking exacerbates the pain and he is afraid to jump or run. Change in weather also increases the pain. If he flexes the knee while he is standing, he gets some relief. Performing squats also provides some relief. He denies any falling, swelling, locking or buckling of the knee. He does not actually recall what happened to the knee. He denies any neck or low back pain.

## MEDICATIONS

None at present.

## ALLERGIES

Hayfever.

## PAST MEDICAL/SURGICAL HISTORY

Chickenpox, and "neck spasms" five years ago. He required 50 stitches to the right knee approximately 10 years ago without any residual knee symptoms or difficulties.

**Re:   Braun, Samuel**
**Page 3**

### SOCIAL HISTORY

He lives with his wife and 5-1/2-month-old baby girl. He lives in a second floor walkup apartment.

### FUNCTIONAL HISTORY

He is independent with activities of daily living and ambulation.

### FAMILY HISTORY

No neurologic or orthopedic disease.

### REVIEW OF SYSTEMS

He denies the presence of any chest pain, shortness of breath, nausea, dysuria, fevers, tremors, flushing, bruising, rashes, blurry vision, or tinnitus.

### PHYSICAL EXAMINATION

Physical Examination reveals a young male, well developed, in no acute distress. He is able to ascend and descend the exam table as well as don & doff his shoes and socks independently. Inspection reveals no erythema, muscle atrophy, rashes or trophic changes. There is no edema bilaterally.
*Gait:* Gait is heel-to-toe with good balance. He is able to walk on his heels and toes, squat easily, and stand 1-legged on either leg.
*Neuromuscular:* Strength is 5/5 bilaterally in the upper and lower extremities. There is mild decreased pinprick sensation in the right lower limb – from the distal thigh to the right ankle, both medially and laterally. Reflexes are 2+/4 in the lower limbs and 2/4 in the upper limbs. Toes are flexor. Straight leg raise is negative bilaterally.
*Joints:* Joints are without erythema, effusions, warmth, dislocations, subluxations, or deformities. There is no tenderness over the ribs or thorax.
Evaluation of the knees reveals no effusions, redness, or warmth. There is no joint-line tenderness. McMurray's test and Lachmann's maneuver are negative bilaterally. There is laxity of the right MCL ligament. There is tenderness to palpation overt the joint in general.
*Neurologic:* He is alert and oriented to person, place, & time. His balance is good. There are no fasciculations. Tone is normal. Fine and gross motor coordination are normal. He can pick-up a pin from the table with either hand. Cranial nerves are normal. Speech is normal. Cerebellar testing is normal. There is no clonus. Romberg's test is negative. Proprioception is normal. Pronator drift is negative bilaterally.

### DIAGNOSES

1. Right medial collateral ligament tear.
2. Right knee sprain.

3. Right knee contusion.
4. Right rib fractures.

## SUMMARY

Mr. Braun suffered from significant pain for a number of months following his injuries. The rib fractures caused chest pain and discomfort. The knee continues to be symptomatic despite a normal gait pattern.

He required pain medication for a period of time due to these injuries.

The right knee has suffered a ligament tear. There remains evidence of an unhealed tear on the examination performed on January 12, 2016. Given that he has undergone a long course of physical therapy performed with an appropriate home exercise program, this condition is felt to be permanent.

If the history obtained is accurate and true, it is my opinion based on a reasonable degree of medical certainty that his symptoms are causally related to his injury which occurred on October 22, 2014.

I declare under penalty of perjury under the laws of the United States and Israel that the foregoing is true and correct.

Alan Friedman, M.D.
Diplomate of the American Board of Physical Medicine & Rehabilitation

# Alan Friedman, M.D., FAAPMR
Bet Shemesh
Israel
(050) 787-4628
Fax: (077) 933-2036
E-mail: friedmal@012.net.il

## PERSONAL

Born: Pretoria, South Africa
Aliyah: 2000

## EDUCATION

**Residency** | Physical Medicine and Rehabilitation
7/96-6/99 | UMDNJ / New Jersey Medical School
Newark, New Jersey
The Kessler Institute for Rehabilitation
Chairman: Joel DeLisa, MD, MS
Board-certified, 2000

7/93-6/96 | Internal Medicine
North Shore University Hospital
Cornell Medical School
Manhasset, New York
Chairman: Lawrence Scherr, MD
Board-certified, 1996

**Medical Degree** | The Albert Einstein College of Medicine
8/89-6/93 | Bronx, New York
Degree: Doctor of Medicine

**Graduate** | Talmudic University
8/88-6/89 | Miami, Florida
Degree: Rabbinical Ordination

**Undergraduate** | Yeshiva University
9/84-6/88 | New York, New York
Degree: BA, Pre-Health Sciences, History

## BOARD CERTIFICATION

6/00 — American Board of Physical Medicine and Rehabilitation
8/96 — American Board of Internal Medicine
3/94 — National Board of Medical Examiners

## MEDICAL LICENSURE

Israel, Specialist License #18841

**Alan Friedman, MD**

New Jersey, USA License
New York, USA License

## EMPLOYMENT

| | |
|---|---|
| 7/09 – present | Department Head, Rehabilitation Medicine, Laniado Hospital, Tzanz Medical Center, Netanya, Israel. Establishing new rehabilitation medicine department, electrodiagnostic testing, consultations, and musculoskeletal clinics. |
| 1/05-12/10 | Medical Consultant, Appeals Court for Disability Claims, District Court, Jerusalem, Israel. |
| 5/01-1/09 | Staff Physiatrist, Hadassah University Hospital Mt. Scopus Campus. Electrodiagnostic testing and muscle disease evaluations. |
| 3/00-present | Self-employed Physiatrist, NY & NJ, USA. Office evaluations of musculoskeletal conditions, including diagnostic and therapeutic procedures. Hospital and sub-acute rehabilitation facility consultations and inpatient care. |
| 7/99-3/00 | The Physical Medicine and Rehabilitation Center, P.A. Englewood, New Jersey Associate in large Physiatry practice. Office evaluations of musculoskeletal conditions. Responsible for consultations and inpatient care in hospitals and sub-acute rehabilitation facilities. |
| 6/98-6/99 | Staff Physician, Ambulatory Care – Emergency Room Veteran's Affairs Health Care System East Orange, New Jersey |

## EXPERT COURT TESTIMONY

- *Wultz v. Islamic Republic of Iran*, Civil Action 08-cv-1460 (RCL) (United States District Court for the District of Columbia, February 29, 2012).
- *Sapirstein v. Palestinian Authority,* Case No. 0420225-CIV-Turnoff) (United States District Court for the Southern District of Florida).
- *Knox v. The Palestine Liberation Organization*, Civil Action No. 03-CV-4466(VM)(THK), (expert report submitted)(Southern District of New York).
- *Ben Haim v. Islamic Republic of Iran*, C.A. No. 00 CV 02602 (RCL) (expert report submitted) (United States District Court for the District of Columbia).
- *Stern v. Islamic Republic of Iran*, Case No. 1:00 CV 2602 (RCL) (expert report submitted) (Federal District Court, Washington DC)
- *Rubin, et.al v. The Republic of Iran,* (Federal District Court, Washington DC, January 8, 2003)

2

- *Estate of Unger v. Palestinian Authority, et. al.,* CA No. 00-105L (Federal District Court, Providence, R.I. July 12, 2002).

**OFFICES AND ACTIVITIES**
- 1998-2006 AAPM&R Membership Marketing Committee
- 1998-99 AAP Resident Council Historical Committee-Ad Hoc, Chairman
- 10/98 Course Director, Electromyography for Residents, Kessler Institute for Rehabilitation
- 1997-98 AAPM&R Resident Physician Council Membership Marketing Committee Chairman
- 1996-99 Contributing Editor *Rehab In Review*
- 1995-96 Representative to North Shore University Hospital Ethics Committee

**HONORS AND AWARDS**
- 6/99, 12/03 Physician's Recognition Award, American Medical Association
- 11/98 Rhone-Poulenc Rorer Physical Medicine and Rehabilitation Resident's Scholarship Program

**CHAPTERS**
- The Hip: Anatomy, Pathology, Diagnosis, Treatment, & Rehabilitation. PM&R Secrets, vol. 3. Mosby Elsevier Press, Philadelphia, PA., 2008.

**RESEARCH AND PUBLICATIONS**

Friedman A, Diamond M, Johnston MV, Daffner C. Effects of Botulinum Toxin A on Upper Limb Spasticity in Children with Cerebral Palsy. *Am J Phys Med Rehabil* 2000; 79:53-59.

Friedman A. Resident's Attitudes Towards Membership in Professional Organizations. (Abstract). Association of Academic Physiatrists 1999 Annual Meeting.

Diamond M, Friedman A, Daffner C, Johnston MV. Effects of Botulinum Toxin A on Upper Extremity Spasticity in Children with Cerebral Palsy (Abstract). *Arch of Phys Med Rehab* 1998; 79(9):1147.

Friedman A, Green S. Aortic Dissection Presenting as Superior Vena Cava Syndrome: A Case Report. George Jaffin Essay Contest Winner, North Shore University Hospital, June 1996.

Friedman A, Rosner F. The Allocation of Scarce Medical Resources and Jewish Life; *L'Eyla Journal,* 39:10-15, April 1995.

Goldberg G, Friedman A, *et al*. Lymph Node Sampling in Patients with Epithelial Ovarian Carcinoma; *Gyn Oncol,* 47:143-145, Nov. 1992
Presented at Society of Gynecologic Oncology Conference, March 1992.

**Alan Friedman, MD**

Friedman A. Polymer Development. Honors Research Society, Yeshiva University; *Abstracts 1987*; 1:13.

### PRESENTATIONS

- Survey of Residents' Attitudes towards Membership in Professional Organizations. Poster Presentation, AAP 35th Annual Meeting, Orlando, FL, 2/99
- Effects of Botulinum Toxin A on Upper Extremity Spasticity in Children with Cerebral Palsy. Platform Presentation, AAPM&R 60th Annual Assembly, Seattle, WA, 11/98
- Rehabilitation of the Patient with Rheumatoid Arthritis. Grand Rounds, Department of Physical Medicine and Rehabilitation, UMDNJ, June 5, 1998

### PROFESSIONAL MEMBERSHIPS

American Academy of Physical Medicine and Rehabilitation
American College of Sports Medicine
American Academy of Pain Management
Israeli Society of Rehabilitation & Physical Medicine
Israeli Society of Musculoskeletal Medicine

### REFERENCES

Provided upon request.